32 A.3d 1259

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James Monroe BALDWIN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 5, 2011.

No. 636 WAL 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of December, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the test employed in *United States v. Peterson*, 233 F.3d 101 (1st Cir.2000), adopted by the Superior Court in this case, to be utilized when a criminal defendant seeks to testify after the close of evidence, is an unconstitutional burden on a citizen's fundamental right to testify in his own defense?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.